# Exhibit A



# United States of America
## United States Patent and Trademark Office

# LOS CAMINANTES

**Reg. No. 4,410,019**
**Registered Oct. 1, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RAMIREZ, AGUSTIN (UNITED STATES INDIVIDUAL)
10020 SPRUCE AVE
BLOOMINGTON, CA 92316 AND

RAMIREZ, JR., AGUSTIN (UNITED STATES INDIVIDUAL)
10020 SPRUCE AVE
BLOOMINGTON, CA 92316 AND

RAMIREZ, ANTHONY (UNITED STATES INDIVIDUAL)
10020 SPRUCE AVE
BLOOMINGTON, CA 92316

FOR: ENTERTAINMENT IN THE NATURE OF LIVE PERFORMANCES BY A MUSICAL GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-14-1975; IN COMMERCE 2-14-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF "LOS CAMINANTES" IN THE MARK IS "THE WALKERS"

SER. NO. 85-767,031, FILED 10-30-2012.

LINDA E. BLOHM, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

AR000001

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.
```

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online **at** http://www.uspto.gov.

AR000002

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, September 18, 2019 11:00 PM |
| **To:** | stevenjeyre@gmail.com |
| **Subject:** | Official USPTO Notice of Acceptance Section 8: U.S. Trademark RN 4410019: LOS CAMINANTES |

**U.S. Serial Number:** 85767031
**U.S. Registration Number:** 4410019
**U.S. Registration Date:** Oct 1, 2013
**Mark:** LOS CAMINANTES
**Owner:** Ramirez, Agustin

Sep 18, 2019

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85767031&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85767031&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

  \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# Exhibit B



| | |
|---|---|
| Word Mark | LOS CAMINANTES HN |
| Goods and Services | (ABANDONED) IC 041. US 100 101 107. G & S: Entertainment services in the nature of Entertainment in the nature of on-going television programs in the field of music and concert performances provided through cable television, satellite cable, webcast, and video on demand; Entertainment in the nature of visual and audio performances by LIVE PERFORMANCES, ROAD SHOWS, LIVE STAGE EVENTS, LIVE MUSIC CONCERTS; Entertainment services in the nature of live musical performances; Entertainment services in the nature of presenting live musical performances; Entertainment services in the nature of recording, production and post-production services in the field of music; Entertainment, namely, live music concerts; Entertainment, namely, live performances by musical bands; Music composition services; Music production services; Production of DVDs, videotapes and television programs featuring musical performances; Production of sound and music video recordings. FIRST USE: 20110927. FIRST USE IN COMMERCE: 20110927 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 87156115 |
| Filing Date | August 30, 2016 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Navarro, Martin INDIVIDUAL UNITED STATES 16253 Magnolia Way Fontana CALIFORNIA 92336 |
| Description of Mark | The color(s) Black and Gold is/are claimed as a feature of the mark. The mark consists of Gold cursive letters with black background. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Abandonment Date | June 9, 2017 |



TESS was last updated on Fri Jun 3 03:47:22 EDT 2022

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump to record: [ ]   **Record 2 out of 9**

TSDR | ASSIGN Status | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# Los Caminantes H.N

| | |
|---|---|
| **Word Mark** | **LOS CAMINANTES** H.N |
| **Goods and Services** | (ABANDONED) IC 041. US 100 101 107. G & S: Entertainment services in the nature of live visual and audio performances, namely, musical band, rock group, gymnastic, dance, and ballet performances. FIRST USE: 19730115. FIRST USE IN COMMERCE: 20120101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88028681 |
| **Filing Date** | July 6, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Martin Navarro INDIVIDUAL UNITED STATES 16253 Magnolia Way Fontana CALIFORNIA 92336 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | May 3, 2019 |

AB000005

# Exhibit C



AR000006



AR000007



AR000008



AR000009



AR000010



AR000011



AR000012



AR000013



AR000014



AR000015



AR000016

# Exhibit D













# Alameda County FAIR






## Concert Series

### FREE show nightly at 7pm

SAFEWAY AMPHITHEATER

**JUNE 19**



**HINDER**

**JUNE 20**

**KIX BROOKS**

**JUNE 21**

**THE MARSHALL TUCKER BAND**

**JUNE 22**



**THE SPINNERS**

**JUNE 23**



**LOVERBOY**

**JUNE 25**



**EVOLUTION**

**JUNE 26**



**FRANCESCA BATTISTELLI**

**JUNE 27**



**AIR SUPPLY**

**JUNE 28**

**PABLO CRUISE**

**JUNE 29**



**KENNY "BABYFACE" EDMONDS**

**JUNE 30**



**LOS CAMINANTES**

**JULY 2**



**CARAVANSERA**

**JULY 3**



**ZEPPARELLA**

**JULY 4**



**RED, WHITE & BLUES FESTIVAL**
12-8 pm

**JULY 5**



**"WEIRD AL" YANKOVIC**

**JULY 6**



**ZENDAYA**

**JULY 7**



**CLAY WALKER**




## Special Days

**$1 DAY**
$1 Admission & $1 Rides
June 19
"FEED THE NEED"
Food Drive

**$2 TUESDAYS**
$2 Admission
June 25 & July 2
FIREWORKS

**Senior FREE THURSDAYS**
June 20, 27

Kids FREE FRIDAYS

AR000021







# LOS CAMINANTES
## LIVE IN EL CAJON, CA



AR000023



# Exhibit E









AR000028









AR000032



AR000033



AR000034







AR000037







AR000040





AR000042



AR000043



AR000044



AR000043



AR00046



AR000047



AR00048



6:39

## music.apple.com

**⌂ Music**                    Iniciar sesión

**Obtén 75 millones de canciones gratis durante 1 mes**

Además, tendrás tu biblioteca musical completa en todos tus dispositivos.
1 mes gratis, luego USD 5.99 al mes.                    ✕



# María Elena (Remasterizada) - Single

## Los Caminantes

MÚSICA LATINA · 2021

▶ **Escuchar previa**



★   1   María Elena                    3:21   •••



AR00048





AR00051