AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

AGUSTIN RAMIREZ, ANTHONY RAMIREZ and AGUSTIN RAMIREZ, JR.

*Plaintiff(s)*

v.

TICKETÓN ENTERTAINMENT, L.P., see attached.

*Defendant(s)*

ED
Civil Action No. 22-cv-00964-JGB-SHK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TICKETÓN ENTERTAINMENT, L.P., LEONARDO'S HUNTINGTON PARK; BOLETOSEXPRESS.COM; TICKERI, INC.; MISBOLETOS ONLINE; EVENTBRITE, INC.; BANDSINTOWN GROUP, INC.; SK ACQUISITION LTD.; CASA LOPEZ BANQUET HALL; LA SIERRA NIGHT CLUB; CASA TEQUILA NIGHT CLUB; SILVERADO NIGHT CLUB; STAMPEDE NIGHT CLUB; ROCCAPULCO; EL CENTENARIO V.I.P. NIGHT CLUB; LOS CAMINANTES HN; EL PATRON RESTAURANT; LA SENSACIÓN; CABALLEROS DE COLON; MIDNITE RODEO; and DOES 1 - 20, inclusive, Defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karish & Bjorgum, PC; A. Eric Bjorgum (SBN 198392)
119 E. Union St., Suite B, Pasadena CA 91103
213.785.8070; eric.bjorgum@kb-ip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 18, 2022



J. De Busse
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-00964-JGB-SHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**ERIC BJORGUM** (State Bar No. 198392)
Eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 955-5010

Attorneys for Plaintiffs, Agustin Ramirez, Anthony Ramirez and Agustin Ramirez, Jr.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| AGUSTIN RAMIREZ, ANTHONY RAMIREZ and AGUSTIN RAMIREZ, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>TICKETÓN ENTERTAINMENT, L.P., LEONARDO'S HUNTINGTON PARK; BOLETOSEXPRESS.COM; TICKERI, INC.; MISBOLETOS ONLINE; EVENTBRITE, INC.; BANDSINTOWN GROUP, INC.; SK ACQUISITION LTD.; CASA LOPEZ BANQUET HALL; LA SIERRA NIGHT CLUB; CASA TEQUILA NIGHT CLUB; SILVERADO NIGHT CLUB; STAMPEDE NIGHT CLUB; ROCCAPULCO; EL CENTENARIO V.I.P. NIGHT CLUB; LOS CAMINANTES HN; EL PATRON RESTAURANT; LA SENSACIÓN; CABALLEROS DE COLON; MIDNITE RODEO; and DOES 1 – 20, inclusive, Defendants. | Case No. 22-cv-00964-JGB-SHK<br><br>**COMPLAINT FOR:**<br>1. TRADEMARK COUNTERFEITING<br>2. INFRINGEMENT OF A REGISTERED MARK<br>3. VIOLATION OF THE TRUTH IN MUSIC ADVERTISING ACT<br>4. FALSE DESIGATNION OF ORIGIN AND FALSE ADVERTISING, 17 U.S.C. § 1125(a)<br>5. TRADEMARK DILUTION<br>6. INTERFRENCE WITH PROPSECIVE ECONOMIC ADVANTAGE<br>7. VILATION OF CAL. BUS. & PROF. CODE SECTION 17200<br>8. VIOLATION OF COMMON LAW RIGHT OF PUBLICITY<br>9. VIOLATION OF CAL. CIVIL CODE SECTION 3344<br>10. CONTRIBUTORY TRADEMARK INFRINGEMENT<br><br>**JURY TRIAL REQUESTED** |

COMPLAINT