| Attorney or Party without Attorney: ERIC BJORGUM (SBN 198392)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br>Telephone No: 213-785-8070<br>Attorney For: Plaintiff | Ref. No. or File No.: 15077.53 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION |
|---|

| Plaintiff: AGUSTIN RAMIREZ; et al. |
| Defendant: TICKETÓN ENTERTAINMENT, L.P.; et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 5:22-cv-00964-JGB-SHK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Intra-District Transfer By Clerk Of Court; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Order re Transfer Pursuant to General Order 21-01 (Related Cases); Standing Order

3. a. Party served: EVENTBRITE, INC.
   b. Person served: Diana Ruiz, CT Corporation System, Registered Agent
      served under F.R.C.P. Rule 4.

4. Address where the party was served:   330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Oct 14 2022 (2) at: 11:40 AM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $206.11

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



10/14/2022
(Date)                                  (Signature)



PROOF OF SERVICE

7800437
(5119494)