| Attorney or Party without Attorney:<br>ERIC BJORGUM (SBN 198392)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br>　Telephone No: 213-785-8070<br>　Attorney For: Plaintiff | Ref. No. or File No.:<br>15077.53 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION |
|---|

| Plaintiff: AGUSTIN RAMIREZ; et al. |
|---|
| Defendant: TICKETÓN ENTERTAINMENT, L.P.; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-00964-JGB-SHK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Intra-District Transfer By Clerk Of Court; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Order re Transfer Pursuant to General Order 21-01 (Related Cases); Standing Order

3. a. Party served:   MIDNITE RODEO
   b. Person served:   Paul Scoggins, Owner, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   7209 Concord Hwy, Monroe, NC 28110

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Oct 17, 2022 (2) at: 05:15 PM

6. **Person Who Served Papers:**
   a. Michael VanKeuren
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:   $385.05

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Oct. 18, 2022
(Date)

(Signature)



PROOF OF SERVICE

7801533
(5119719)