JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN RAMIREZ, et al., <br><br> Plaintiff, <br><br> v. <br><br> TICKETON ENTERTAINMENT, L.P., et al., <br><br> Defendants, | No. 5:22-cv-00964-JGB-SHK <br><br> **FINAL JUDGMENT** |

The Court has before it the Plaintiffs, AGUSTIN RAMIREZ, et al.'s Motion for Default Judgment against Defendants, TICKETON ENTERTAINMENT, L.P., et al. Having considered the Plaintiffs' Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiffs on all claims, and the Defendants are liable to

1

the Plaintiffs in the amount of $1,048.12 (costs), for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the LOS CAMINANTES Mark directly or contributorily, in any manner, including but not limited to:

(a) Reproduction, assembly, use, distribution, display, marketing advertising or promotion of the "LOS CAMINANTES" mark identified in the complaint and any other unauthorized "LOS CAMINANTES" uses;

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) above.

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

IT IS SO ORDERED.

DATED: November 6, 2023

Honorable Jesus G. Bernal
United States District Judge